UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID L. MILLER,

    Plaintiff,

  v.

TOM MEZO, BILL WESTFALL, ROGER PELKER,
DR. TROST and DANELLA KIM BUTLER,

    Defendants.

Case No. 14-cv-954-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 39) of Magistrate Judge Stephen C. Williams recommending that the Court grant the defendants' motion to dismiss plaintiff David L. Miller's claims pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute (Doc. 38).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 39);
- **GRANTS** the defendants' motion to dismiss (Doc. 38);
- **DISMISSES** this case **with prejudice**; and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: February 25, 2015**

                            s/ J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**